STATE, ROBERT GIVEN ET AL., PROSECUTORS, PLAINTIFFS IN ERROR, v. HENRY WRIGHT, COLLECTOR, DEFEND-ANT IN ERROR.

In error to the Supreme Court. For opinion of Supreme Court, see 12 *Vroom* 478.

For the plaintiffs in error, *Frederick Voorhees* and *P. L. Voorhees.*

For the defendant in error, *C. E. Hendrickson* and the *Attorney-General.*

PER CURIAM. The judgment is affirmed, for the reasons given by the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, REED, CLEMENT, COLE, DODD, GREEN, WHIT-TAKER. 9.

*For reversal*—None.